AKTIESELSKABET DAMPSKIBSSELSKABET VESTERHAVET, Respondent,
v. W. A. KIRK & Co., INC., et al., Defendants.
REPUBLIC OF CHILE, Appearing Specially, Appellant.

Argued January 8, 1946; appeal withdrawn March 7, 1946.

Roger Siddall, L. de Grove Potter and David P. Dawson for
appellant appearing specially.

Stanley W. Schaefer and Maurice J. Smith for respondent.

Appeal withdrawn on stipulation.